# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1004

CA 10-02025

PRESENT: SCUDDER, P.J., SMITH, LINDLEY, SCONIERS, AND GORSKI, JJ.

---

PATRICIA J. CURTO, PLAINTIFF-APPELLANT,

V                                                                 ORDER

MARK DIEHL AND MELISSA SCHMIGEL,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

PATRICIA J. CURTO, PLAINTIFF-APPELLANT PRO SE.

HAGELIN KENT LLC, BUFFALO (VICTOR M. WRIGHT OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

-----------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (James H.
Dillon, J.), dated December 22, 2009.  The order denied the motion of
plaintiff seeking leave to reargue her opposition to defendants'
motion to vacate a default judgment.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984).

Entered:  September 30, 2011                    Patricia L. Morgan
                                               Clerk of the Court